# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

**In Re:** Karen M Mackey  **Case Number:** 09-14901  **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

#13 Motion of Rose Marie LaRose for Relief from Automatic Stay Re: 59 Myrtle Street, Watertown, MA    MOVING: James McLaughlin

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                               Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
_#13_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court took the matter under advisement. Counsel for the movant shall file a brief by September 8, 2009 by 4:30 PM. and the Chapter 7 Trustee is directed to file a response to the Motion of Rose Marie LaRose for relief from the automatic stay by September 4, 2009 by 4:30 PM.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   _Joan N. Feeney_
_____                          _____Dated: 08/25/2009
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge