UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BANKRUPTCY DIVISION


In Re:                              )
KAREN MACKEY                        )        Chapter 7
        Debtor                      )        Case No. 09-14901-JNF
------------------------------------

FIFTH STATUS REPORT OF TRUSTEE


Pursuant to the prior Orders of this Court, the Trustee attached as Exhibit 1 to the

Third Status Report, a Judgment and Memorandum  issued by the Middlesex Probate

Court awarding judgment to the Defendants, which includes the Debtor and the

bankruptcy estate.

This Judgment was appealed by the Plaintiffs.  All appellate briefs have been filed

on January 18, 2011.

Special Counsel is uncertain of the date of any possible oral argument.

A further report will be filed on or before July 29, 2011.


Dated: January 24, 2011            /s/Gary W. Cruickshank, Esq.
                                   Trustee in Bankruptcy of
                                   Karen M. Mackey
                                   21 Custom House Street
                                   Suite 920
                                   Boston MA  02110
                                   (617) 330-1960
                                   (BBO107600)
                                   gwc@cruickshank-law.com

## CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that a copy of the foregoing Status Report has been served, unless otherwise stated, via regular United States mail, postage prepaid, upon the following parties:

United States Trustee
John W. McCormack Post Office
and Courthouse
5 Post Office Square, 10th Floor
Suite 1000
Boston MA 02109
(electronically)

Nina M. Parker, Esq.
Parker & Associates
Counsel to the Debtor
10 Converse Place
Winchester MA 02152
(electronically)

Leah Kaine, Esq.
James A. McLaughlin, Esq.
McLaughlin, Richards et al
Counsel to Rose Marie LaRose
2 Pleasant Street
South Natick MA 01760
(electronically)

Maria C. Crocker, Esq.
Ten Laurel Avenue
Wellesley Hills MA 02481

Thomas Mackey
43 Loring Road
Winthrop, MA 02152

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

Dated: January 24, 2011          /s/Gary W. Cruickshank, Esq.